No. 21.—Ralph S. Cuthbertson, plaintiff in error, *vs.* The Flint River Steamboat Company *et al.* defendants.

On motion of counsel for plaintiff in error, this writ of error was dismissed, the same points having been adjudicated by the Court at this term, in this record excepted to.